AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

BOBBY L. MITCHELL

V.

DEBBIE A. SWEET

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:05cv1210-F

TO: (Name and address of Defendant)

DEBBIE A. SWEET
1005 FITZPATRICK AVENUE
OPELIKA AL  36801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ROGER L. LUCAS
LUCAS, WASH, PETWAY, TUCKER & STEPHENS, P.C.
TWO CHASE CORPORATE DRIVE, SUITE 460
BIRMINGHAM, AL  35244

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE  12/22/05