IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| BOBBY MITCHELL, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | Civil Action No.: 3: 05-CV-1210-F |
| DEBBIE A. SWEET | ) ) ) | |
| Defendant, | ) | |

**REPORT OF PARTIES' PLANNING MEETING**

1. <u>Appearances:</u>

Pursuant to Fed. R. Civ. P 26(f), a meeting of the parties' representatives was held on Thursday, February 9, 2006, in Birmingham, Alabama.

    a. Appearing on behalf of Plaintiff, Bobby Mitchell:

        Roger L. Lucas, Esq.
        **Lucas, Wash, Petway, Tucker & Stephens**
        Two Chase Corporate Drive, Suite 460
        Birmingham, Alabama 35242
        Telephone: (205) 733-1595
        Facsimile: (205) 733-8683
        Email: rlucas@lawpc.com

    b. Appearing on behalf of Defendant, Debbie A. Sweet :

        Hunter C. Carroll, Esq.
        **Stockham, Carroll & Smith, P.C.**
        2204 Lakeshore Drive, Suite 114
        Birmingham, Alabama 35209
        Telephone (205) 879-9954
        Facsimile: (205) 879-9990
        Email: hcc@stockhampc.com

2. <u>Parties:</u>

    a. The plaintiff shall have until April 28, 2006, to join any additional parties.

    b. The defendants shall have until May 31, 2006, to join any additional parties.

3. <u>Pleadings:</u>

The plaintiff shall have until April 28, 2006 to amend the pleadings.

4. <u>Dispositive Motions:</u>

All potentially dispositive motions must be filed by September 29, 2006 and will be ready to be heard in the month of October, if possible.

5. <u>Expert Testimony:</u>

Unless modified by stipulation of the parties, the disclosure of expert witnesses, including a complete report by Fed. R. Civ. P. 26(f)(2)(B) from any specially retained or employed expert are due:

   a. From the plaintiff: June 29, 2006.

   b. From the defendants: July 31, 2006.

6. <u>Primary Subjects of Discovery:</u>

The claims in this case arise from a motor vehicle collision. The plaintiff has died since the institution of this action and an amendment will soon be filed substituting a wrongful death claim for the personal injury claims. The primary subjects on which discovery may be needed are:

   a. The facts of the collision event and the fault of the parties in causing the collision;

   b. The causes of the plaintiff's injuries and death;

   c. Whether any entities other than named parties bear any responsibility for the plaintiff's injuries and death;

   d. Expert opinions relating to any of the areas identified in (a)–(c) above.

7. <u>Discovery Limitations and Cutoffs:</u>

   a. Unless modified by stipulation of the parties:

   <u>Depositions:</u>

   Maximum of ten (10) depositions from the plaintiff and ten (10) depositions for each defendant with a maximum time limit of eight (8) hours per deposition, unless extended by agreement of the parties.

   <u>Interrogatories:</u>

Maximum of 30 by each party, with responses due within 30 days after service.

Request for Admission:

Maximum of 30 by each party, with responses due within 30 days after service.

Request for Production:

Maximum of 30 by each party, with responses due within 30 day after service.

Supplementation:

Supplementation under Rule 26(e), Fed. R. Civ. P., are due 30 days before the close of discovery.

    b.    Pre-discovery disclosure: The parties shall exchange the information required by Local Rule 26.1(a) (1) by March 31, 2006.

    c.    Unless modified by court order for good cause shown, all discovery must be commenced in time to be completed by September 4, 2006.

8. Pre-trial conference:

This case will be ready for pretrial conference in October, 2006.

9. Trial:

This case will be ready for trial in November, 2006.

Trial is expected to last one (1) to two (2) days.

10. Final lists:

Final lists of trial witnesses and exhibits under Fed. R. Civ. P. (26(a) (3) must be served and filed:

    a.    By the plaintiff:    30 days prior to trial.

    b.    By the defendants:    30 days prior to trial

Objections are to be filed within five (5) days after receipt of the final lists.

11. Scheduling Conference:

The parties do not request a scheduling conference prior to the entry of the Scheduling Order.

**STIPULATED FOR ENTRY** this 17th day of February, 2006, by all counsel of record:

| | |
|---|---|
| /s/Roger L. Lucas | s/Hunter C. Carroll |
| ROGER L. LUCAS, ESQ. | HUNTER C. CARROLL, ESQ. |
| ALA BAR ID: ASB-2555-S80R | ALA. BAR ID: ASB-6231-A63H |
| **Lucas, Wash, Petway, Tucker & Stephens** | **Stockham, Carroll & Smith, P.C.** |
| Two Chase Corporate Drive, Suite 460 | 2204 Lakeshore Drive, Suite 114 |
| Birmingham, Alabama 35242 | Birmingham, Alabama 35209 |
| Telephone: (205) 733-1595 | Telephone (205) 879-9954 |
| Facsimile: (205) 733-8683 | Facsimile: (205) 879-9990 |
| Email: rlucas@lawpc.com | Email: hcc@stockhampc.com |