IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BOBBY MITCHELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 3: 05-CV-1210-F |
| ) | |
| DEBBIE A. SWEET ) | |
| ) | |
| Defendant, ) | |

## DEFENDANT'S INITIAL DISCLOSURES

COMES NOW the Defendant, Debbie A. Sweet, and pursuant to Federal Rule of Civil Procedure 26 and Local Rule 26.1, by and through its undersigned attorneys, makes the following initial disclosures. These disclosures are subject to supplementation and/or modification, and they are provided without prejudice to or waiver of any privilege or objection defendant Debbie A. Sweet may have to any subsequent discovery by any party in this matter.

**A.  Individuals likely to have discoverable information.**

1. Clara Mitchell, c/o Roger L. Lucas, Esq., Lucas, Wash, Petway, Tucker & Stephens, P.C., Two Chase Corporate Drive, Suite 460, Birmingham, AL 35244;Phillip Woody, 844 Elm Street, Birmingham, AL 35206;

2. Officer Larry W. Billinglea, Camp Hill Police Department, Camp Hill, AL;

3. Chief R. Finley, Camp Hill Police Department, Camp Hill, AL;

4. David Sweet, c/o Hunter C. Carroll, Stockham, Carroll & Smith, P.C., 2204 Lakeshore Drive, Suite 114, Birmingham, AL 35209;

**B.  Documents and tangible things in the possession, custody or control of the Defendant:**

1. Alabama Uniform Traffic Accident Report.

**C.  Damages claimed by the disclosing party:** The Defendant is not seeking damages.

**D.  Insurance:** This Defendant is insured by the liability coverage provided by her GuideOne Insurance Company automobile policy. Defendant reserves the right to amend this section, if necessary.

Defendant reserves the right to supplements disclosures in accordance with Rule 26(a) of the Federal Rules of Civil Procedure.

Respectfully submitted this 1st day of May, 2006.

s/ Hunter C. Carroll
Hunter C. Carroll, Esq.
Bar ID No. ASB-6231-A63H
State Bar No. CAR129
E-Mail: hcc@stockhampc.com
Attorney for Debbie A. Sweet

**STOCKHAM, CARROLL & SMITH, P.C.**
2204 Lakeshore Drive, Suite 114
Birmingham, Alabama 35209
Telephone (205) 879-9954
Facsimile: (205) 879-9990

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |  |
|---|---|---|
| BOBBY MITCHELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 3: 05-CV-1210-F |
| | ) | |
| DEBBIE A. SWEET | ) | |
| | ) | |
| Defendant, | ) | |

### CERTIFICATE OF SERVICE

    I hereby certify that on May 1, 2006, I served a copy of the foregoing on all counsel of record to this proceeding by first class mail, postage prepaid and facsimile to following attorneys of record:

Roger L. Lucas, Esq.
**Lucas, Wash, Petway, Tucker & Stephens**
Two Chase Corporate Drive, Suite 460
Birmingham, Alabama 35242
Telephone: (205) 733-1595
Facsimile: (205) 733-8683
Email:rlucas@lawpc.com

    s/Hunter C. Carroll
    Hunter C. Carroll, Esq.
    Bar ID No. ASB-6231-A63H
    State Bar No. CAR129
    E-Mail: hcc@stockhampc.com
    Attorney for Debbie A. Sweet

    **STOCKHAM, CARROLL & SMITH, P.C.**
    2204 Lakeshore Drive, Suite 114
    Birmingham, Alabama 35209
    Telephone (205) 879-9954
    Facsimile: (205) 879-9990