IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BOBBY L. MITCHELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:05-CV-1210-WKW |
| ) | |
| DEBBIE A SWEET, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of the plaintiff's Motion for Substitution of Party Plaintiff, for Addition of Party Plaintiff, for Joinder of Defendant and for Leave to Amend Complaint (Doc. # 10), filed on April 28, 2006, it is hereby ORDERED that the defendant shall show cause on or before May 22, 2006 why the motion should not be granted.

DONE this the 2nd day of May, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE