IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BOBBY MITCHELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 3: 05-CV-1210-F |
| ) | |
| DEBBIE A. SWEET ) | |
| ) | |
| Defendant, ) | |

**DEFENDANT'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE**

COMES NOW the Defendant, Debbie A. Sweet, and, in response to this Honorable Court's Order of May 2, 2006, states that, after due consideration, she is unable to show cause why the Plaintiff's Motion for Substitution of Party Plaintiff, for Addition of Party Plaintiff, for Joinder of Defendant and for Leave to Amend Complaint (Doc. #10), filed on April 28, 2006, should not be granted.

Respectfully submitted this 9th day of May, 2006.

s/ Hunter C. Carroll
Hunter C. Carroll, Esq.
Bar ID No. ASB-6231-A63H
State Bar No. CAR129
E-Mail: hcc@stockhampc.com
Attorney for Debbie A. Sweet

**STOCKHAM, CARROLL & SMITH, P.C.**
2204 Lakeshore Drive, Suite 114
Birmingham, Alabama 35209
Telephone (205) 879-9954
Facsimile: (205) 879-9990

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BOBBY MITCHELL,<br><br>     Plaintiff,<br><br>v.<br><br>DEBBIE A. SWEET<br><br>     Defendant, | )<br>)<br>)<br>)<br>)  Civil Action No.: 3: 05-CV-1210-F<br>)<br>)<br>)<br>) |

### CERTIFICATE OF SERVICE

    I hereby certify that on May 9, 2006, I served a copy of the foregoing on all counsel of record to this proceeding by first class mail, postage prepaid and facsimile to following attorneys of record:

Roger L. Lucas, Esq.
**Lucas, Wash, Petway, Tucker & Stephens**
Two Chase Corporate Drive, Suite 460
Birmingham, Alabama 35242
Telephone: (205) 733-1595
Facsimile: (205) 733-8683
Email:rlucas@lawpc.com

    s/Hunter C. Carroll
    Hunter C. Carroll, Esq.
    Bar ID No. ASB-6231-A63H
    State Bar No. CAR129
    E-Mail: hcc@stockhampc.com
    Attorney for Debbie A. Sweet

    **STOCKHAM, CARROLL & SMITH, P.C.**
    2204 Lakeshore Drive, Suite 114
    Birmingham, Alabama 35209
    Telephone (205) 879-9954
    Facsimile: (205) 879-9990