IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BOBBY L. MITCHELL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEBBIE A SWEET, )<br>)<br>Defendant. ) | CASE NO. 3:05-CV-1210-WKW |

## **ORDER**

This cause is before the Court on the plaintiff's Motion for Substitution of Party Plaintiff, for Addition of Party Plaintiff, for Joinder of Defendant and for Leave to Amend Complaint (Doc. # 10), filed on April 28, 2006. Upon consideration, it is hereby ORDERED that the motion is GRANTED.

DONE this the 12th day of May, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE