IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

**CLARA S. MITCHELL, etc.,**                                                      **Plaintiff**

v.                                    CIVIL ACTION NO. 3:05cv1210-B

**DEBBIE A. SWEET,**                                                              **Defendant**

**SETTLEMENT REPORT**

COMES NOW the plaintiff, Clara Mitchell, individually and as the personal representative of Bobby L. Mitchell, deceased, and files this settlement report with this Honorable Court pursuant to its Order of February 27, 2006.

Prior to the date of the face-to-face settlement meeting scheduled by the parties in this automobile accident/personal injury/wrongful death litigation, the liability insurer for the defendant driver and the plaintiff's underinsured motorist carrier both offered their policy limits to the plaintiff. The plaintiff intends to accept these policy limit offers, but is in the process of negotiating with other non-party insurers which hold subrogation interests in the proceeds of any settlement which might occur. As soon as the negotiations on these subrogation claims are completed, the plaintiff intends to accept the policy limit offers made on behalf of both defendants in full resolution of this case. Plaintiff will notify the court by follow-up report as soon as the settlement is consummated.

                                                  Respectfully submitted,

                                                  /s/Roger L. Lucas_____
                                                  ROGER L. LUCAS
                                                  AL. Bar Id:  ASB 2555 S80R

**OF COUNSEL**:
**LUCAS, PETWAY, TUCKER & WASH, P.C.**
Two Chase Corporate Drive, Suite 460
Birmingham, AL 35242
(205) 733-1595 - phn
(205) 733-8683 - fax

### CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on August 24, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Hunter C. Carroll, Esq.
Stockham, Carroll & Smith, P.C.
2204 Lakeshore Drive, Suite 114
Birmingham, AL  35209
hcc@stockhampcc.com

Stanley A. Martin, Esq.
S. Allen Martin, Jr., Esq.
P.O. Box 2526
Opelika, AL  36803-2526

                                                /s/ROGER L. LUCAS
                                                Roger L. Lucas
                                                Lucas, Wash, Petway, Tucker
                                                & Stephens, P.C.
                                                Two Chase Corporate Drive
                                                Suite 460
                                                Birmingham, AL  35244
                                                Ph:  (205) 733-1595
                                                Fax: (205) 733-8683
                                                rlucas@lawpc.com
                                                ASB 2555 S80-R