IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CLARA S. MITCHELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:05-cv-1210-WKW |
| | ) |
| DEBBIE A. SWEET, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the Settlement Report filed by the plaintiff on August 24, 2006 (Doc. # 18), it is hereby

ORDERED that on or before October 5, 2006, the plaintiff shall file a status report on the status of the settlement negotiations in this case.

DONE this 5th day of September, 2006.

/s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE