IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BOBBY L. MITCHELL, *et al.*, | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )   CASE NO. 3:05-cv-1210-WKW |
| | ) |
| DEBBIE A. SWEET, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

**O R D E R**

It is hereby ORDERED that the trial set in this case for the December 4, 2006 jury trial term is rescheduled for February 26, 2007. The pretrial conference set for October 30, 2006, is rescheduled for January 22, 2007. All other dates and deadlines remain the same.

Done this the 18th day of September, 2006.

                        /s/ W. Keith Watkins
                        UNITED STATES DISTRICT JUDGE