IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CLARA S. MITCHELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:05-cv-1210-WKW |
| ) | |
| DEBBIE A. SWEET, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

Upon consideration of the plaintiff's representations to the court in the Settlement Report filed on October 5, 2006 (Doc. # 21), it is hereby

ORDERED that on or before November 6, 2006, the plaintiff shall file a status report on the status of the settlement negotiations in this case.

DONE this 6th day of October, 2006.

        /s/   W.  Keith Watkins
        UNITED STATES DISTRICT JUDGE