IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BOBBY L. MITCHELL, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DEBBIE A. SWEET*, et al.,* )<br>)<br>Defendants. ) | CASE NO. 3:05-cv-1210-WKW |

## **O R D E R**

It is hereby ORDERED that the trial set in this case for the February 26, 2007 jury trial term in Opelika, Alabama, is rescheduled for May 14, 2007. The pretrial conference set for January 22, 2007, is rescheduled for April 9, 2007. All other dates and deadlines remain the same.

Done this the 12th day of October, 2006.

                                                     /s/  W. Keith Watkins
                                                UNITED STATES DISTRICT JUDGE