IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BOBBY L. MITCHELL, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 3:05-cv-1210-WKW |
| | ) |
| DEBBIE A. SWEET, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Upon consideration of plaintiff's representations to the court in Plaintiff's Third Settlement Report filed on November 6, 2006 (Doc. # 24), it is hereby

ORDERED that on or before December 4, 2006, the plaintiff shall file a status report on the status of settlement negotiations in this case.

The parties are hereby ADVISED that the court will hear argument on all issues remaining in this case at the pretrial conference set for April 9, 2007, if a joint stipulation of dismissal under Fed. R. Civ. P. 41 is not filed by said date.

Done this the 13th day of November, 2006.

        /s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE