IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CLARA S. MITCHELL, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:05-cv-1210-WKW |
| DEBBIE A. SWEET, *et al.*, | ) |
| Defendants. | ) |

## ORDER

Upon consideration of the Defendant State Farm Mutual Automobile Insurance Company's Motion For Adjudication of Medicare Subrogation Interest filed on November 29, 2006 (Doc. #26), it is hereby

ORDERED that on or before December 11, 2006, plaintiffs shall show cause why the motion should not be granted.

It is further ORDERED that a telephone status conference in the above-styled case is set for December 13, 2006 at 10:00 a.m. to be arranged by the plaintiff.

Done this 1st day of December, 2006.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE