IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

**CLARA S. MITCHELL, etc.,**                                                       **Plaintiff**

v.                            **CIVIL ACTION NO. 3:05cv1210-B**

**DEBBIE A. SWEET,**                                                              **Defendant**

### PLAINTIFF'S FOURTH SETTLEMENT REPORT

Pursuant to the Court's directive, comes now Plaintiff Clara S. Mitchell, Administratrix of the Estate of Bobby Mitchell, and hereby submits this Settlement Report.

The Defendant, State Farm, has recently filed its Motion for Adjudication of Medicare Subrogation Interest to determine Medicare's interest, if any, in the settlement proceeds. This is the sole remaining issue which must be resolved before finalizing settlement.

Respectfully submitted,

/s/Roger L. Lucas_____
ROGER L. LUCAS
AL. Bar Id: ASB 2555 S80R

**OF COUNSEL**:
**LUCAS, PETWAY, TUCKER & WASH, P.C.**
Two Chase Corporate Drive, Suite 460
Birmingham, AL 35242
(205) 733-1595 - phone
(205) 733-8683 - fax

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the 4th day of December 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Hunter C. Carroll, Esq.
Stockham, Carroll & Smith, P.C.
2204 Lakeshore Drive, Suite 114
Birmingham, AL  35209
hcc@stockhampcc.com

Stanley A. Martin, Esq.
S. Allen Martin, Jr., Esq.
P.O. Box 2526
Opelika, AL  36803-2526

                                      /s/ROGER L. LUCAS
                                      Roger L. Lucas
                                      Lucas, Wash, Petway, Tucker
                                      & Stephens, P.C.
                                      Two Chase Corporate Drive
                                      Suite 460
                                      Birmingham, AL  35244
                                      Ph:  (205) 733-1595
                                      Fax: (205) 733-8683
                                      rlucas@lawpc.com
                                      ASB 2555 S80-R