IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CLARA S. MITCHELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:05-cv-1210-WKW |
| | ) |
| DEBBIE A. SWEET, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Upon consideration of the parties' representations to the court in the telephone conference held on this date, it is hereby ORDERED that:

1. Defendant State Farm Mutual Automobile Insurance Company's Motion for Adjudication of Medicare Subrogation Interest (Doc. # 26) is DENIED without prejudice.

2. On or before **December 22, 2006**, Defendant State Farm Mutual Automobile Insurance Company shall file the appropriate motion seeking the addition of Medicare to this case as a party.

3. On or before **December 29, 2006**, the plaintiff shall file a written response to the motion. The motion will be deemed submitted without oral argument on December 29, 2006.

DONE this 13th day of December, 2006.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE