**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION**

| | | |
|---|---|---|
| **CLARA S. MITCHELL, as the personal representative of BOBBY L. MITCHELL, deceased,** | * * * * | |
| **Plaintiff,** | * * | **Civil Action Number:** |
| **v.** | * * | **3:05cv1210-WKW** |
| **DEBBIE A. SWEET and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,** | * * * * | |
| **Defendants.** | * | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Come now the Plaintiff Clara S. Mitchell, individually, by and through her attorney of record, and the Defendants Debbie A. Sweet and State Farm Mutual Automobile Insurance Company, by and through their attorneys of record, and jointly move the Court to dismiss with prejudice all claims of the Plaintiff Clara S. Mitchell, individually, against the Defendants Debbie A. Sweet and State Farm Mutual Automobile Insurance Company, and as grounds in support thereof state that this matter has been amicably resolved as to the Defendants Debbie A. Sweet and State Farm Mutual Automobile Insurance Company by the Plaintiff Clara S. Mitchell, individually, only. The claims of the Plaintiff Clara S. Mitchell, as personal representative of Bobby L. Mitchell, deceased, against the Defendants Debbie A. Sweet and State Farm Mutual Automobile Insurance Company have been settled pending this Court's adjudication of the Medicare lien. Court costs have previously been paid, and no Court costs should be taxed against either party.

By: _____
      Honorable Roger L. Lucas
      Lucas, Wash, Petway, Tucker & Stephens
      Two Chase Corporate Drive, Ste. 460
      Birmingham, AL 35242
      Attorney for Plaintiffs

By: _____
      Honorable Hunter C. Carroll
      Stockham, Carroll & Smith, P.C.
      2204 Lakeshore Drive, Ste. 114
      Birmingham, AL 35209
      Attorney for Defendant Debbie A. Sweet

By: _____
      Stanley A. Martin (MAR049)
      S. Allen Martin, Jr. (MAR149)
      Post Office Box 2526
      Opelika, Alabama 36803-2526
      Attorneys for Defendant State Farm Mutual
      Automobile Insurance Company