IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CLARA S. MITCHELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:05-cv-1210-WKW |
| | ) |
| DEBBIE A. SWEET, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Pursuant to the Joint Motion to Dismiss with Prejudice filed by the parties on December 13, 2006 (Doc. # 31), it is hereby

ORDERED that the claims of Plaintiff Clara S. Mitchell, individually, are hereby DISMISSED with prejudice, costs taxed as paid.

This case will proceed on only the claims of Plaintiff Clara S. Mitchell, as the personal representative of Bobby L. Mitchell, deceased.

DONE this 14th day of December, 2006.

        /s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE