**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Leura Garrett Canary
   U. S. Attorney's Office
   P. O. Box 197
   Montgomery, AL 36101-0197

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Nancy Yarn*    ☐ Agent
                   ☐ Addressee

B. Received by (Printed Name)
   Nancy Yarn

C. Date of Delivery
   2/14/07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

   3:05CV1210
   #35 order

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7006 2760 0002 8193 0098

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540