IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CLARA S. MITCHELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:05-cv-1210-WKW |
| ) | |
| ) | |
| DEBBIE A. SWEET, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

It is ORDERED that this case is REMOVED from the trial docket and all deadlines in relation thereto are STAYED.

It is further ORDERED that the parties are to file a jointly prepared status report on or before **May 4, 2007.**

DONE this 4th day of April, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE