IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **CLARA S. MITCHELL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No.: 3:05-CV-1210-WKW |
| | ) |
| **DEBBIE A. SWEET, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF APPEARANCE

Comes now the undersigned attorney, R. Randolph Neeley, and enters his appearance as an attorney of record for Third-Party Defendant, Mike Leavitt, in the above-styled case.

Respectfully submitted this 24th day of April, 2007.

             LEURA G. CANARY
             United States Attorney

           By: s/R. Randolph Neeley
            R. RANDOLPH NEELEY
            Assistant United States Attorney
            Bar Number: 9083-E56R
            Post Office Box 197
            Montgomery, AL  36101-0197
            Telephone No.: (334) 223-7280
            Facsimile No.: (334) 223-7418
            **E-mail: rand.neeley@usdoj.gov**

**CERTIFICATE OF SERVICE**

  I hereby certify that on April 24, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will provide notice to all CM/ECF participants in this case.

                  s/R. Randolph Neeley
  _____ Assistant United States Attorney