IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

**CLARA S. MITCHELL, as Personal Representative**
of Bobby Mitchell, dec., et al.

    **Plaintiff,**

v.                                        CIVIL ACTION NO. 3:05cv1210-B

**DEBBIE A. SWEET,**

    **Defendant,**

**PLAINTIFF'S RESPONSE TO DEFENDANT STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY'S RENEWED MOTION FOR
ADJUDICATION OF MEDICARE'S SUBROGATION INTEREST**

    COMES NOW the plaintiff, Clara S. Mitchell, as the personal representative of Bobby L. Mitchell, deceased, and responds to "Defendant State Farm Mutual Automobile Insurance Company's Renewed Motion for Adjudication of Medicare Subrogation Interest" as follows:

    1.    Plaintiff has no objection to State Farm's motion and, in fact, supports its request for adjudication of the Medicare subrogation issue; and,

    2.    Because the claim in this lawsuit has been settled between the plaintiff and defendant since last year and resolution of the Medicare subrogation issue is needed to bring this matter to a conclusion, plaintiff requests this Court to set a hearing on this matter at its earliest convenience.

    Respectfully submitted,

    /s/Roger L. Lucas_____
    ROGER L. LUCAS
    AL. Bar Id:  ASB 2555 S80R

**OF COUNSEL**:
**LUCAS, PETWAY & TUCKER, P.C.**
Two Chase Corporate Drive, Suite 460
Birmingham, AL 35242
(205) 733-1595 - phone
(205) 733-8683 - fax

## CERTIFICATE OF SERVICE

 I HEREBY CERTIFY that on the 26th day of April 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Hunter C. Carroll, Esq.
Stockham, Carroll & Smith, P.C.
2204 Lakeshore Drive, Suite 114
Birmingham, AL  35209
hcc@stockhampcc.com

Stanley A. Martin, Esq.
S. Allen Martin, Jr., Esq.
P.O. Box 2526
Opelika, AL  36803-2526

R. Randolph Neeley
Assistant United States Attorney
P.O. Box 197
Montgomery, AL 35101-0197

        /s/ROGER L. LUCAS
        Roger L. Lucas
        Lucas, Wash, Petway, Tucker
        & Stephens, P.C.
        Two Chase Corporate Drive
        Suite 460
        Birmingham, AL  35244
        Ph:  (205) 733-1595
        Fax: (205) 733-8683
        rlucas@lawpc.com
        ASB 2555 S80-R