IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| **CLARA S. MITCHELL**, as the personal representative of **BOBBY L. MITCHELL**, deceased, | * * * * | |
| Plaintiff, | * * | |
| v. | * * | Civil Action Number: |
| | * | 3:05cv1210-WKW |
| **DEBBIE A. SWEET and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,** | * * * * | |
| Defendants. | * | |

## STATUS REPORT

Comes now the Defendant State Farm Mutual Automobile Insurance Company (hereinafter, "State Farm") in the above-styled action and hereby submits this Status Report:

1. This case is settled between the Plaintiff and the Defendant. The only issue remaining to be resolved is the determination of Medicare's/CMS's subrogation interest in the distribution of the proceeds of the settlement.

2. Counsel for Medicare/CMS has now entered an appearance in this case.

3. State Farm has recently filed its Renewed Motion for Adjudication of Medicare Subrogation Interest to determine Medicare's interest, if any, in the settlement proceeds. Again, this is the sole remaining issue which must be resolved before finalizing settlement.

4. Counsel for State Farm has consulted with counsel for the Plaintiff and counsel for Medicare/CMS regarding the contents of this Status Report.

                                          s/ Stanley A. Martin
                                          Stanley A. Martin (MAR049)
                                          S. Allen Martin, Jr. (MAR149)
                                          Attorneys for Defendant
                                          State Farm Mutual Automobile Insurance Company

Post Office Box 2526
Opelika, Alabama 36803-2526
(334) 749-4142
(334) 749-4131 (FAX)
amartin@stanmartinlaw.com
smartin@stanmartinlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 4th day of May, 2007, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Honorable Roger L. Lucas
Lucas, Wash, Petway, Tucker & Stephens
Two Chase Corporate Drive, Ste. 460
Birmingham, AL 35242

Honorable Hunter C. Carroll
Stockham, Carroll & Smith, P.C.
2204 Lakeshore Drive, Ste. 114
Birmingham, AL 35209

Honorable R. Randolph Neeley
Assistant United States Attorney
P.O. Box 197
Montgomery, AL 36101-0197

                                          s/ Stanley A. Martin
                                          Stanley A. Martin
                                          S. Allen Martin, Jr.