IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CLARA S. MITCHELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 3:05-CV-1210-WKW |
| | ) |
| DEBBIE A. SWEET, et al., | ) |
| | ) |
| Defendants. | ) |

## JOINT MOTION OF DISMISSAL

Comes now third - party defendant Michael O. Leavitt, Secretary of the Department of Health and Human Services (HHS), by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, defendant State Farm Mutual Automobile Insurance Company (State Farm), by and through their attorney of record, S. Allen Martin, Esq., defendant Debbie A. Sweet, by and through her attorney of record, Hunter C. Carroll, Esq., and plaintiff, Clara S. Mitchell, by and though her attorney of record, Roger L. Lucas, Esq., and jointly move for the dismissal of the third - party defendant HHS, and as grounds, state as follows:

1. Third - party defendant HHS was added to this lawsuit on motion of defendant State Farm pursuant to Rule 19(a), Fed. R.Civ.Proc., due to a subrogation interest HHS maintained in any insurance proceeds paid by defendant State Farm to the plaintiff.

2. Since the joinder, defendant HHS has decided that it will not pursue any subrogation interest(s) that it has, or may have, in the proceeds to be distributed by defendant State Farm in this case and this case alone.

WHEREFORE, premises considered, the parties jointly request that defendant HHS be dismissed.

Respectfully submitted this 19th day of September, 2007.

LEURA G. CANARY
United States Attorney

| | |
|---|---|
| By: s/ROGER L. LUCAS | By: s/ R. Randolph Neeley |
| Roger L. Lucas | R. RANDOLPH NEELEY |
| Counsel for Plaintiff | Assistant U. S. Attorney |
| Bar Number: 2555-S80R | Bar Number: 9083-E56R |
| Two Chase Corporate Dr.,Ste. 460 | P.O. Box 197 |
| Birmingham AL 35242 | Montgomery, AL 36101-0197 |
| Telephone No.: (205) 733-1595 | Telephone No.: (334) 223-7280 |
| Facsimile No.: (205) 733-8683 | Facsimile No.: (334) 223-7418 |
| **E-mail: rlucas@lawpc.com** | **E-mail: rand.neeley@usdoj.gov** |

By: s/HUNTER C. CARROLL
Hunter C. Carroll
Attorney for Defendant Debbie A. Sweet
Bar Number: 6231-A63H
Stockham, Carroll & Smith, P.C.
2204 Lakeshore, Dr., Ste. 114
Birmingham, AL  35209
Telephone No.: (205) 879-9954
Facsimile No.:  (205) 879-9990
**E-mail: hcc@stockhampcc.com**

By: s/S. ALLEN MARTIN
S. Allen Martin
Attorney for Defendant State Farm
Bar Number: 4213-E56M
P.O. Box 2526
Opelika, AL  36803-2526
Telephone No.: (334) 749-4142
Facsimile No.: (334) 749-4131
**E-mail: amartin@stanmartinlaw.com**

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will provide notice to all CM/ECF participants in this case.

s/R. Randolph Neeley<br>
Assistant United States Attorney