IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CLARA S. MITCHELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:05-CV-1210-WKW |
| | ) |
| DEBRA A. SWEET, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### O R D E R

It is ORDERED that the defendant's Renewed Motion for Adjudication of Medicare Subrogation Interest (Doc. # 39) is DENIED as MOOT.

It is further ORDERED that the parties are to file a joint stipulation of dismissal or a jointly prepared status report on or before **October 10, 2007.**

DONE this 27th day of September, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE