IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| CLARA S. MITCHELL, as the personal representative of BOBBY L. MITCHELL, deceased, | * * * * | |
| Plaintiff, | * * | |
| v. | * * | Civil Action Number: 3:05cv1210-WKW |
| DEBBIE A. SWEET and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | * * * * | |
| Defendants. | * | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Come now the Plaintiff Clara S. Mitchell, as the personal representative of Bobby L. Mitchell, by and through her attorney of record, and the Defendants Debbie A. Sweet and State Farm Mutual Automobile Insurance Company, by and through their attorneys of record, and jointly move the Court to dismiss with prejudice all claims of the Plaintiff Clara S. Mitchell, as the personal representative of Bobby L. Mitchell, against the Defendants Debbie A. Sweet and State Farm Mutual Automobile Insurance Company, and as grounds in support thereof state that this matter has been amicably resolved as to the Defendants Debbie A. Sweet and State Farm Mutual Automobile Insurance Company by the Plaintiff Clara S. Mitchell, as the personal representative of Bobby L. Mitchell. Court costs have previously been paid, and no Court costs should be taxed against either party.

By: s/ Roger L. Lucas
    Roger L. Lucas
    Attorney for Plaintiff
    Lucas, Wash, Petway, Tucker & Stephens
    Two Chase Corporate Drive, Ste. 460
    Birmingham, AL 35242
    Bar Number: 2555-S80R
    Telephone No.: (205) 733-1595
    Facsimile No.: (205) 733-8683
    E-Mail: rlucas@lawpc.com


By: s/ S. Allen Martin, Jr.
    Stanley A. Martin
    S. Allen Martin, Jr.
    Attorneys for Defendant State Farm
    Post Office Box 2526
    Opelika, Alabama 36803-2526
    Bar Number: 4213-E56M
    Telephone No.: (334) 749-4142
    Facsimile No.: (334) 749-4131
    E-Mail: amartin@stanmartinlaw.com


By: s/ Hunter C. Carroll
    Honorable Hunter C. Carroll
    Attorney for Defendant Debbie A. Sweet
    Stockham, Carroll & Smith, P.C.
    2204 Lakeshore Drive, Ste. 114
    Birmingham, AL 35209
    Bar Number: 6231-A63H
    Telephone No.: (205) 879-9954
    Facsimile No.: (205) 879-9990
    E-Mail: hcc@stockhampc.com