IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CLARA S. MITCHELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:05-CV-1210-WKW |
| | ) | |
| DEBRA A. SWEET, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **FINAL JUDGMENT**

Upon consideration of the parties' Joint Motion to Dismiss with Prejudice (Doc. #45), it is ORDERED that the motion is GRANTED and this case is DISMISSED with prejudice. The parties shall bear their own costs.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 2nd day of October, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE